UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY WAYNE ALEXANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br>as Trustee, *et al.*,<br><br>    Defendants. | NO. C19-0971RSL<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on defendants' motion for an extension of time in which to file a responsive pleading. Dkt. # 7.[1] The motion is unopposed and, therefore, GRANTED.

Dated this 23rd day of August, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] The moving defendants are U.S. Bank National Association, as Trustee, and Mr. Cooper.

ORDER OF DISMISSAL - 1